IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Criminal No. 14-1312-JKS |
| **AJIBOLA EROGBOGBO** | * |

\* * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender for the District of Maryland, James Wyda, and Assistant Federal Public Defender, Katherine Tang Newberger, hereby move this Honorable Court for an Order allowing the Office of the Federal Public Defender to withdraw as counsel for Ajibola Erogbogbo and allege the following:

1. Mr. Erogbogbo is charged by criminal complaint with robbery in violation of 18 U.S.C. § 1951(a).

2. On June 13, 2014, Mr. Erogbogbo had his initial appearance and the court appointed the Office of the Federal Public Defender to represent him.

3. A conflict of interest exists that requires this Office to withdraw as counsel for Mr. Erogbogbo.

**WHEREFORE**, it is requested that this Honorable Court allow the Office of the Federal Public Defender for the District of Maryland to withdraw as counsel for Ajibola Erogbogbo.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

_____/s/_____
KATHERINE TANG NEWBERGER #27803
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9TH Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax: (410) 962-3962
Email: Katherine_Newberger@fd.org